# Court of Appeals
# of the State of Georgia

ATLANTA,     July 22, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1956. TOOMER v. HANAFI, et al.**

Following a denial of her second motion for an extension of time in which to file her initial appellant's brief, Toomer asks this Court to remand to the lower court to allow for completion of the entire appellate record and its transmission to this Court. Toomer's request is hereby ***GRANTED***. When the entire appellate record is prepared, the matter may then be transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*     07/22/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*     , *Clerk.*